### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

**HENRY CALHOUN, JR.,**
         **Plaintiff,**

**vs.**                                        **Case No. 3:09cv268/MCR/MD**

**UNITED STATES GOVERNMENT, et al.,**
         **Defendants.**

_____

### O R D E R

This cause is before the court upon plaintiff filing a complaint asserting jurisdiction under the Federal Tort Claims Act pursuant to 28 U.S.C. § 1346(b) and 28 U.S.C. §§ 2671-2680.  (Doc. 1)  The filing fee has been paid.  Plaintiff is informed that it is his responsibility to formally serve the complaint so that the defendants may be given an opportunity to respond to his allegations.  The Clerk shall be directed to issue summons so that plaintiff may effect service.

In light of plaintiff's *pro se* status, the court will provide plaintiff with information concerning service.  Federal Rule of Civil Procedure 4 governs service of process in federal civil actions.   In particular, service upon the United States, its agencies, corporations, officers, or employees is governed by Rule 4(i).  Plaintiff should review the text of this and any other relevant rules before attempting to serve the defendants.

Plaintiff is further informed that he must serve the summons and complaint within 120 days from the date of filing the complaint, or the cause may be dismissed.  *See* FED.R.CIV.P. 4(m).

Accordingly, it is ORDERED:

1.  The Clerk shall forthwith issue a summons for each defendant and deliver the summonses to plaintiff, who shall be responsible for prompt service of the summonses and complaint.

2.  After a response to the complaint has been filed by a defendant, plaintiff shall be required to mail to the attorney for the defendant a copy of every pleading or other paper submitted by him for consideration by the court.  Plaintiff shall include with the original paper to be filed with the Clerk of Court a "certificate of service" which states the date a correct copy of the paper was mailed to the defendant or to the attorney representing the defendant.  Any paper submitted for filing after a response to the complaint has been filed by the defendant which does not contain a "certificate of service" shall be returned by the Clerk and disregarded by the court.

3.  In accordance with 28 U.S.C. § 636(c)(2), the Clerk shall forward to plaintiff a form for consenting to trial by the magistrate judge, with the case number written on it.  If plaintiff wishes to consent he should sign the form and forward it to counsel for the defendant, who shall return it to the Clerk only if the defendant consents.

DONE AND ORDERED this 23rd day of June, 2009.


/s/ *Miles Davis*

**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**