**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**HENRY CALHOUN, JR.,**
    **Plaintiff,**

vs.                                     Case No. 3:09cv268/MCR/MD

**UNITED STATES GOVERNMENT, et al.,**
    **Defendants.**

---

## O R D E R

This cause is before the court upon plaintiff filing a notice with attachments, requesting that the attachments be considered part of his complaint. (Doc. 5). Plaintiff is advised that if wishes the attachments to be considered part of his complaint, he must file an amended complaint with those documents attached as exhibits. Fed. R. Civ. P. 10(c).

Accordingly, it is ORDERED:

1. The Clerk of Court is directed to forward to the plaintiff a civil complaint form for use in actions under 28 U.S.C. §§ 1331 or 1346. This case number should be written on the form.

2. If plaintiff chooses to amend his complaint, he should completely fill out the complaint form, marking it **"Amended Complaint."** Plaintiff is advised that the amended complaint must contain **all** of his allegations, and it should not in any way refer to the original complaint. Once an amended complaint is filed, all earlier complaints are disregarded. Local Rule 15.1, Northern District of Florida.

DONE AND ORDERED this 29th day of June, 2009.

/s/ *Miles Davis*
    **MILES DAVIS
UNITED STATES MAGISTRATE JUDGE**