FLN (Rev. 4/2004) Deficiency Order                                                                                             Page 1 of 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

HENRY CALHOUN, JR.

    vs                                    Case No. 3:09cv268-MCR/MD

UNITED STATES GOVERNMENT, et al.

## ORDER

Plaintiff's **NOTICE FOR DIRECTION (received 7/7/2009)**, was referred to the undersigned with the following deficiency:

> The document does not have a proper signature block. <u>The typed or printed name, address (including the nine-digit zip code), and telephone number</u>, shall be included in the signature block of any paper submitted for filing. N.D. Fla. Loc. R. 5.1(B)(5).

For this reason, IT IS ORDERED that:

XX     The submitted hard copy of the document shall be posted to the electronic file as a Request for Re-Issuance of Summons; however, no further documents will be accepted for filing unless they comply with the Federal Rules of Civil Procedure and the Local Rules of this court.

XX     The clerk shall issue alias summonses for the named defendants, the United States Attorney, and the United States Attorney General, and shall forward them to plaintiff. Plaintiff is responsible for service in accordance with Rule 4 of the Federal Rules of Civil Procedure.

DONE and ORDERED this 9th day of July, 2009.

/s/ *Miles Davis*
**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**