IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**HENRY CALHOUN, JR.,**
    **Plaintiff,**

vs.                          **CASE NO.: 3:09cv268/MCR/MD**

**UNITED STATES GOVERNMENT,**
**et al.,**
    **Defendants.**
    _____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated June 30, 2010. The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a <u>de novo</u> determination of those portions to which an objection has been made.

Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. The plaintiff's tort claims asserted under the Federal Tort Claims Act are **DISMISSED WITH PREJUDICE** for lack of subject matter jurisdiction, and plaintiff's constitutional claims are **DISMISSED WITH PREJUDICE** for failure to state a claim upon which relief can be granted.

3.   In the alternative, defendants' motion to dismiss (doc. 18) is GRANTED and all of plaintiff's claims are DISMISSED WITH PREJUDICE for failure to state a claim upon which relief can be granted.

4.   The clerk is directed to close the file.

DONE AND ORDERED this 18th day of August, 2010.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**